

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00213-CV

**IN THE INTEREST OF A.J.R.**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014EM501263
The Honorable Nick Catoe, Jr., Judge Presiding

## O R D E R

On May 28, 2015, the district clerk filed a notification of late record. However, on June 2, 2015, the district clerk filed the clerk's record. Accordingly, we **DENY AS MOOT** the previously filed notification of late record.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court